Commonwealth *v.* McCabe, Appellant.

Argued June 18, 1974. *Frank J. Marcone,* for appellant; *Vram Nedurian, Jr.,* Assistant District Attorney, with him *Ralph B. D'Iorio* and *John G. Siegle,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.